UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WESTPORT INSURANCE CORP., ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| COHEN, ESTIS & ASSOCIATES, LLP; ) | |
| RONALD J. COHEN; ANTONIA ) | |
| WARMERS CASTON; DANIEL ) | |
| STURRUP; and ALBERT STURRUP, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF WESTPORT INSURANCE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions of the Federal Rules of Civil Procedure Rule 7.1: Any nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Westport Insurance Corporation.

Westport Insurance Corporation is a private, non-governmental Missouri corporation wholly owned by Employers Reinsurance Corporation. Employers Reinsurance Corporation is owned by GE Insurance Solutions Corporation, which is owned by Swiss Re America Holding Corporation and Swiss Re Funding LLC, of which Swiss Re America Holding Corporation is the sole member. Swiss Re America Holding Corporation is wholly-owned by Swiss Reinsurance Company, which is now the ultimate parent of Employers Reinsurance Corporation. No

publicly-held company owns 10% or more of the stock of Employers Reinsurance Corporation.

Dated: July 2, 2008
      New York, New York

                                    Respectfully submitted,

                                    _/s/ Matthew J. Koster_
                                  Matthew J. Koster (MK 3080)
                                  Gordon & Rees LLP
                                  90 Broad Street, 23rd Floor
                                  New York, NY  10004
                                  Phone: (212) 269-5500
                                  Fax: (212) 269-5505

                                  Of Counsel:
                                  Michael P. Tone
                                  Gordon & Rees LLP
                                  1 North Franklin Street, Suite 1800
                                  Chicago, IL  60606
                                  Phone: (312) 565-1400
                                  Fax: (312) 565-6511

                                  *Attorneys for Plaintiff*

//5779219v.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTPORT INSURANCE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COHEN, ESTIS & ASSOCIATES, LLP; ) <br> RONALD J. COHEN; ANTONIA ) <br> WARMERS CASTON; DANIEL ) <br> STURRUP; and ALBERT STURRUP, ) <br> ) <br> Defendants. ) | Case No. |

### PLAINTIFF WESTPORT INSURANCE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions of the Federal Rules of Civil Procedure Rule 7.1: Any nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation." The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Westport Insurance Corporation.

Westport Insurance Corporation is a private, non-governmental Missouri corporation wholly owned by Employers Reinsurance Corporation. Employers Reinsurance Corporation is owned by GE Insurance Solutions Corporation, which is owned by Swiss Re America Holding Corporation and Swiss Re Funding LLC, of which Swiss Re America Holding Corporation is the sole member. Swiss Re America Holding Corporation is wholly-owned by Swiss Reinsurance Company, which is now the ultimate parent of Employers Reinsurance Corporation. No

//5779219v.1

publicly-held company owns 10% or more of the stock of Employers Reinsurance Corporation.

Dated: July 2, 2008
      New York, New York

                                           Respectfully submitted,

                                           Matthew J. Koster (MK 3080)
                                           Gordon & Rees LLP
                                           90 Broad Street, 23rd Floor
                                           New York, NY  10004
                                           Phone: (212) 269-5500
                                           Fax: (212) 269-5505

                                           Of Counsel:
                                           Michael P. Tone
                                           Gordon & Rees LLP
                                           1 North Franklin Street, Suite 1800
                                           Chicago, IL  60606
                                           Phone: (312) 565-1400
                                           Fax: (312) 565-6511

                                           *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTPORT INSURANCE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COHEN, ESTIS & ASSOCIATES, LLP; ) <br> RONALD J. COHEN; ANTONIA ) <br> WARMERS CASTON; DANIEL ) <br> STURRUP; and ALBERT STURRUP, ) <br> ) <br> Defendants. ) | Case No. |

**PLAINTIFF WESTPORT INSURANCE CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions of the Federal Rules of Civil Procedure Rule 7.1: Any nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation." The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Westport Insurance Corporation.

Westport Insurance Corporation is a private, non-governmental Missouri corporation wholly owned by Employers Reinsurance Corporation. Employers Reinsurance Corporation is owned by GE Insurance Solutions Corporation, which is owned by Swiss Re America Holding Corporation and Swiss Re Funding LLC, of which Swiss Re America Holding Corporation is the sole member. Swiss Re America Holding Corporation is wholly-owned by Swiss Reinsurance Company, which is now the ultimate parent of Employers Reinsurance Corporation. No

//5779219v.1

publicly-held company owns 10% or more of the stock of Employers Reinsurance Corporation.

Dated: July 2, 2008
      New York, New York

                          Respectfully submitted,

                          Matthew J. Koster (MK 3080)
                          Gordon & Rees LLP
                          90 Broad Street, 23rd Floor
                          New York, NY 10004
                          Phone: (212) 269-5500
                          Fax: (212) 269-5505

                          Of Counsel:
                          Michael P. Tone
                          Gordon & Rees LLP
                          1 North Franklin Street, Suite 1800
                          Chicago, IL 60606
                          Phone: (312) 565-1400
                          Fax: (312) 565-6511

                          *Attorneys for Plaintiff*

//5779219v.1