UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
WESTPORT INSURANCE CORPORATION,                Case No. 08 CV 6057

               Plaintiff,

  - against -                                  **NOTICE OF APPEARANCE**

COHEN, ESTIS & ASSOCIATES, LLP;
RONALD J. COHEN; ANTONIA WARMERS
CASTON; DANIEL STURRUP; and ALBERT
STURRUP,

               Defendants.              July 22, 2008
- - - - - - - - - - - - - - - - - - X

TO THE CLERK OF THIS COURT:

    Please enter the Appearance of STEINBERG & CAVALIERE, LLP, 50 Main Street, 9th Floor, White Plains, New York 10606, as attorneys of record for defendants Cohen, Estis & Associates, LLP and Ronald J. Cohen in the above-captioned matter.

Dated:    White Plains, New York
          July 22, 2008

                        Yours, etc.

                        STEINBERG & CAVALIERE, LLP

                        By _/s/ Neil Silberblatt_____
                          Neil W. Silberblatt
                        Attorneys for Defendants
                         Cohen, Estis & Associates, LLP
                         and Ronald J. Cohen
                        50 Main Street, 9th Floor
                        White Plains, New York 10606
                        (914) 761-4200
                        Fed Bar No. NS 7472