## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Appearance was served this 22nd day of July, 2008, by regular first-class mail, on the following counsel of record:

Gordon & Rees, LLP
90 Broad Street, 23rd Floor
New York, New York 10004

*[signature: Neil Silberblatt]*
NEIL W. SILBERBLATT

S&C#95167.1