UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
WESTPORT INSURANCE CORPORATION,         Case No. 08 CV 6057

                Plaintiff,

  - against -                            **NOTICE OF APPEARANCE**

COHEN, ESTIS & ASSOCIATES, LLP;
RONALD J. COHEN; ANTONIA WARMERS
CASTON; DANIEL STURRUP; and ALBERT
STURRUP,

                Defendants.
- - - - - - - - - - - - - - - - - X

TO THE CLERK OF THIS COURT:

    Please enter the Appearance of Kevin F. Cavaliere, Esq. of STEINBERG & CAVALIERE, LLP, 50 Main Street, 9th Floor, White Plains, New York 10606, as attorneys of record for defendants Cohen, Estis & Associates, LLP and Ronald J. Cohen in the above-captioned matter.

Dated:    White Plains, New York
           July 24, 2008

                                      Yours, etc.

                                      STEINBERG & CAVALIERE, LLP

                                      By /s/ Kevin F. Cavaliere
                                         Kevin F. Cavaliere (KC-7121)
                                         Attorneys for Defendants
                                         Cohen, Estis & Associates, LLP
                                         and Ronald J. Cohen
                                         50 Main Street, 9th Floor
                                         White Plains, New York 10606
                                         (914) 761-4200