UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
WESTPORT INSURANCE CORPORATION,            Case No. 08 CV 6057

                Plaintiff,

   - against -                             **AFFIDAVIT OF SERVICE**

COHEN, ESTIS & ASSOCIATES, LLP;
RONALD J. COHEN; ANTONIA WARMERS
CASTON; DANIEL STURRUP; and ALBERT
STURRUP,

                Defendants.
- - - - - - - - - - - - - - - - - - X
STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF WESTCHESTER  )

    JOSEPH RIZZO, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over eighteen years of age and resides in New York, New York.

    On July 24, 2008 deponent served the within **NOTICE OF APPEARANCE** (a) by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known address set forth after each name:

Michael P. Tone, Esq.
Peterson & Ross
200 East Randolph Drive, Suite 7300
Chicago, Illinois 60601

AND

(b) by electronic filing to those who are currently on the list to receive e-mail notices for this case:

Matthew Joseph Koster, Esq.          mkoster@gordonrees.com

_____
Joseph Rizzo

Sworn to before me
this 24th day of July, 2008

_____
Notary Public

S&C#95248.1

JAMES F. CREIGHTON
Notary Public, State of New York
No. 5042853
Qualified in Westchester County
Commission Expires May 1, 2010

- 2 -