07/18/2008   14:17    914-761-4256         STEINBERG&CAVALIERE              PAGE  03/03

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
WESTPORT INSURANCE CORPORATION,

              Plaintiff,

  -against-

COHEN, ESTIS & ASSOCIATES, LLP;
RONALD J. COHEN; ANTONIA WARMERS
CASTON; DANIEL STURRUP; and ALBERT
STURRUP,

             Defendants.
-----------------------------------X

Case No. 08 CV 6057 (WCC)

ECF CASE

STIPULATION
AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the respective parties to this Stipulation, and subject to the Court's acceptance of this Stipulation, that the date by which Defendants Cohen, Estis & Associates, LLP and Ronald J. Cohen are to move against, answer or otherwise respond to the Amended Complaint herein is extended to and including August 18, 2008.

    This Stipulation may be executed in counterparts and facsimile signatures are acceptable.

Dated:    July 18, 2008

_____
Matthew J. Koster (MK 3080)
Gordon & Rees, LLP
Attorneys for Plaintiffs
90 Broad Stree, 23rd Floor
New York, NY 10004
(212) 269-5500

_____
Kevin F. Cavaliere (KC 7121)
Steinberg & Cavaliere, LLP
Attorneys for Defendants
  Cohen, Estis & Associates,
  LLP and Ronald J. Cohen
50 Main Street, Suite 901
White Plains, NY 10606
(914) 761-4200

SO ORDERED:

_____
U.S.D.J.

Dated: White Plains, NY
July 23, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for Δ
AND E-MAILED TO π's COUNSEL