UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WESTPORT INSURANCE CORP.,                Case No. 08 CIV 6057 (WCC)(MDF)
                    Plaintiff,           **AFFIDAVIT OF SERVICE**

     -against-

COHEN, ESTIS & ASSOCIATES,
LLP, **et al.**,
                    Defendants.
------------------------------------X
STATE OF NEW YORK   )
                    **s.s.:**
COUNTY OF ORANGE    )

Joseph Sherlock, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 3rd day of July, 2008, at approximately 12:40 a.m./p.m. deponent served a true copy of the Summons in a Civil Action, Complaint for Declaratory Relief with Exhibits, Civil Cover Sheet, Plaintiff Westport Insurance Corporation's Corporate Disclosure Statement, Individual Practice Rules of Judge Conner, Consent to Proceed Before a United States Magistrate Judge [Blank Form], the Individual Practice Rules of Magistrate Judge Fox and the Electronic Case Filing Rules & Instructions dated May 28, 2008 upon Ronald J. Cohen at Cohen, Estis & Associates, LLP, 40 Matthews Street, Goshen, New York by personally delivering and leaving the same with Ronald S. Cohen, at that address, the Defendant's actual place of residence/business. At the time of service deponent asked if Ronald J. Cohen is in active military service for the United States or for the State in any capacity whatsoever and received a negative/~~positive~~ reply.

Ronald S. Cohen is a White Male approximately 43/53 years of age, stands approximately 5 feet, 7 inches tall, weighs approximately 200+ pounds with Black/grey hair and _____ eyes.

Sworn to before me this
3RD day of July, 2008.

_____        _____
PROCESS SERVER                   NOTARY PUBLIC

KATHLEEN C___
Notary Public, State of New York
No. 01GO46____
Qualified in Orange County
Commission Expires 11/30/10