UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WESTPORT INSURANCE CORP.,
       Plaintiff,

-against-

COHEN, ESTIS & ASSOCIATES,
LLP, et al.,
       Defendants.
----------------------------------------X

Case No. 08 CIV 6057 (WCC)(MDF)
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
        s.s.:
COUNTY OF ORANGE )

Joseph Sherlock, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 3rd day of July, 2008, at approximately 12:40 a.m./p.m. deponent served a true copy of the Summons in a Civil Action, Complaint for Declaratory Relief with Exhibits, Civil Cover Sheet, Plaintiff Westport Insurance Corporation's Corporate Disclosure Statement, Individual Practice Rules of Judge Conner, Consent to Proceed Before a United States Magistrate Judge [Blank Form], the Individual Practice Rules of Magistrate Judge Fox and the Electronic Case Filing Rules & Instructions dated May 28, 2008 upon Cohen, Estis & Associates, LLP at 40 Matthews Street, Goshen, New York by personally delivering and leaving the same with Ronald J. Cohen, who informed deponent that he/she holds the position of Managing Partner, is authorized to accept service at that address.

Ronald J Cohen is a white male approximately 43/53 years of age, stands approximately 5 feet, 7 inches tall, weighs approximately 200+ pounds with brown/grey hair and _____ eyes.

Sworn to before me this
3RD day of July, 2008.

_____
PROCESS SERVER

_____
NOTARY PUBLIC

KATHLEEN GOULD
Notary Public, State of New York
No. 01GO4632958
Qualified in Orange County
Commission Expires 11/30/10