| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
| COUNTY OF _____ | ATTORNEY: KEATING |
| | FF/INDEX #: |
| WESTPORT INSURANCE CORP. | DATE FILED: |
| | DOCKET #: |
| Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV 6057 |
| - AGAINST - | JUDGE CONNER |
| COHEN, ESTIS & ASSOC., LLP; RONALD J. COHEN; ANTONIA WARMERS CASTON; DANIEL STURRUP ET AL | |
| Defendants(s)/Respondent(s) | COURT D/T: |
| | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 7/14/08 at 1:30 PM at 40 MATTHEW STREET, SUITE 203
GOSHEN, NEW YORK 10924

deponent served the within AMENDED SUMMONS IN A CIVIL ACTION & AMENDED COMPLAINT WITH EXHIBITS, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT, JUDGE'S INDIVIDUAL PRACTICES & ELECTRONIC CASE FILING RULES AND PROCEDURES

on RONALD J. COHEN therein named

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE         THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE, WHITE SKIN, DK BROWN & GREY HAIR, 43-53 YRS., 5'6"-5'9", OVER 200 LBS.

Other identifying features:

GLASSES

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 7/17/08

*[signature]*
JOSEPH SHERLOCK

| LINDA ROSSI | JOHN GOULD | JO-ANN JOHNSON | KATHLEEN GOULD |
|---|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 7, 20__ | COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 15, 20__ |
| 01RO6180139 | 01GO5013764 | 01JO5031856 | 01GO4632958 |