| US DISTRICT COURT | OF THE SOUTHERN DISTRICT OF NEW YORK | **AFFIDAVIT OF SERVICE** |
|---|---|---|

COUNTY OF

**WESTPORT INSURANCE CORP.**

ATTORNEY: KEATING
FF/INDEX #:
DATE FILED:
DOCKET #:

Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV 6057

**JUDGE CONNER**

- AGAINST -

**COHEN, ESTIS & ASSOC., LLP; RONALD J. COHEN; ANTONIA WARMERS CASTON; DANIEL STURRUP ET AL**

COURT D/T:

Defendants(s)/Respondent(s)

AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **7/14/08**          at **1:30 PM**    at  **40 MATTHEW STREET,  SUITE 203
                                                    GOSHEN, NEW YORK  10924**

deponent served the within  **AMENDED SUMMONS IN A CIVIL ACTION & AMENDED COMPLAINT WITH EXHIBITS, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT, JUDGE'S INDIVIDUAL PRACTICES & ELECTRONIC CASE FILING RULES AND PROCEDURES**

on   **COHEN ESTIS & ASSOC., LLP**                                                                 therein named

**CORPORATION**   ☑  By delivering to and leaving with   **RONALD J. COHEN**              and that he knew the person
                    so served to be the  **MANAGING PARTNER**                    of the corporation, and authorized to accept service.

                ☐  AND AT THE SAME TIME PAYING IN ADVANCE              THE AUTHORIZED FEE

**DESCRIPTION**       Deponent describes the individual served as follows:

**MALE,  WHITE SKIN,  DK BROWN & GREY HAIR,  43-53 YRS.,  5'6''-5'9'',  OVER 200 LBS.**

Other identifying features:

**GLASSES**

Sworn to before me on:   **7/17/08**

_Joseph Sherlock (signature)_

JOSEPH SHERLOCK

_John Johnson (signature)_

LINDA ROSSI
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 7, 20__
01RO6180139

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01GO5013764

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_/O
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 15, 20__
01GO4632958