UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WESTPORT INSURANCE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> COHEN, ESTIS & ASSOCIATES, LLP; ) <br> RONALD J. COHEN; ANTONIA WARMERS ) <br> CASTON; DANIEL STURRUP and ) <br> ALBERT STURRUP, ) <br> ) <br> Defendants. ) | Case No. 08-CV-6057 WCC <br> (ECF) <br><br> STIPULATION AND ORDER TO <br> EXTEND TIME TO ANSWER |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned that Defendants Antonia Warmers Caston, Daniel Sturrup and Albert Sturrup's time to answer Plaintiff's Amended Complaint is hereby extended to August 29, 2008.

Dated: Poughkeepsie, New York
August 1, 2008

**Corbally, Gartland and Rappleyea, LLP**

By: _____
Margaret M. Walker (MW7865)
Attorneys for Defendants
Antonia Warmers Caston,
Daniel Sturrup and Albert Sturrup
35 Market Street
Poughkeepsie, NY 12601
845-454-1110

**Gordon & Rees LLP**

By: _____
Matthew J. Koster (MK 3080)
Attorneys for Plaintiff
90 Broad Street, 23rd Floor
New York, NY 10004
212-269-5500

**SO ORDERED:**

_____