UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

WESTPORT INSURANCE CORP., ) Case No. 08-CV-6057
)
               Plaintiff, )
) **NOTICE OF APPEARANCE**
-v- )
)
COHEN, ESTIS & ASSOCIATES, LLP; )
RONALD J. COHEN; ANTONIA WARMERS )
CASTON; DANIEL STURRUP and )
ALBERT STURRUP, )
)
               Defendants. )

---

**TO THE CLERK OF THE THIS COURT:**

Please enter the Appearance of Margaret M. Walker, Esq. of Corbally, Gartland and Rappleyea, LLP, 35 Market Street, Poughkeepsie, New York, 12601, as attorneys of record for defendants Antonia Warmers Caston, Daniel Sturrup and Albert Sturrup in the above-captioned matter.

Dated: Poughkeepsie, New York
       August 1, 2008

                              Yours etc.,

                              **Corbally, Gartland and Rappleyea, LLP**

                              By: _____
                                  Margaret M. Walker (MW7865)
                                Attorneys for Defendants
                                Antonia Warmers Caston,
                                Daniel Sturrup and Albert Sturrup
                                35 Market Street
                                Poughkeepsie, NY 12601
                                845-454-1110