UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
WESTPORT INSURANCE CORPORATION,        Case No. 08 CV 6057

             Plaintiff,

  - against -                         **FEDERAL RULE OF CIVIL
                                      PROCEDURE 7.1 STATEMENT**

COHEN, ESTIS & ASSOCIATES, LLP;
RONALD J. COHEN; ANTONIA WARMERS
CASTON; DANIEL STURRUP; and ALBERT
STURRUP,

             Defendants.
- - - - - - - - - - - - - - - - - - X

    Pursuant to Federal Rule of Civil Procedure 7.1, defendants Cohen, Estis & Associates, LLP and Ronald J. Cohen, by and through their attorneys, state that they have no parent corporation and there is no publicly-held corporation that holds 10% or more of its stock.

Dated:   White Plains, New York
          August 18, 2008

                             STEINBERG & CAVALIERE, LLP

                             By: _____
                              Kevin F. Cavaliere
                             Attorneys for Defendants
                             Cohen, Estis & Associates, LLP
                             and Ronald J. Cohen
                             50 Main Street, 9th Floor
                             White Plains, New York 10606
                             (914) 761-4200
                             Fed Bar No. KC-7121

S&C#95594.1