UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
WESTPORT INSURANCE CORPORATION,                Case No. 08 CV 6057

              Plaintiff,

  - against -                                  **AFFIDAVIT OF SERVICE**

COHEN, ESTIS & ASSOCIATES, LLP;
RONALD J. COHEN; ANTONIA WARMERS
CASTON; DANIEL STURRUP; and ALBERT
STURRUP,

              Defendants.
- - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK      )
                        :
COUNTY OF WESTCHESTER  )

    JOSEPH RIZZO, being duly sworn, deposes and says:

    1.  I am not a party to the above-captioned action; am over eighteen years of age; and reside in New York, New York.

    2.  On August 18, 2008, I served the within **COHEN DEFENDANTS' ANSWER TO AMENDED COMPLAINT** (a) by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following counsel of record:

    Michael P. Tone, Esq.
    Peterson & Ross
    200 East Randolph Drive, Suite 7300
    Chicago, Illinois 60601

    Corbally, Gartland and Rappleyea, LLP
    35 Market Street
    Poughkeepsie, New York 12601

AND

(b) by electronic filing to those who are currently on the list to receive e-mail notices for this case:

| | |
|---|---|
| Matthew Joseph Koster, Esq. | mkoster@gordonrees.com |
| Margaret M. Walker, Esq. | mmw@cgrlaw.com |

_____
JOSEPH RIZZO

Sworn to before me this
18 day of August, 2008

_____
Notary Public

S&C#95248.1

STEVEN A. COPLOFF
Notary Public, State of New York
No. 02CO6083918
Qualified in Westchester County
Commission Expires November 25, 2008

- 2 -