UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WESTPORT INSURANCE CORP., ) | Case No. 08-CV-6057 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | **ANSWER ON BEHALF OF** |
| ) | **DEFENDANTS ANTONIA** |
| COHEN, ESTIS & ASSOCIATES, LLP; ) | **WARMERS CASTON,** |
| RONALD J. COHEN; ANTONIA WARMERS ) | **DANIEL STURRUP and** |
| CASTON; DANIEL STURRUP and ) | **ALBERT STURRUP** |
| ALBERT STURRUP, ) | |
| ) | |
| Defendants. ) | |

---

Defendants, Antonia Warmers Caston, Daniel Sturrup and Albert Sturrup, by their attorneys, Corbally, Gartland and Rappleyea, LLP, as and for their answer to the amended complaint of plaintiff, respectfully show to the Court and allege as follows:

### NATURE OF THE ACTION

1. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "1", "2" and "3" of plaintiff's complaint.

### JURISDICTION AND VENUE

2. Deny each and every allegation contained in paragraphs "4" and "5" of plaintiff's complaint.

### PARTIES

3. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of plaintiff's complaint.

4. Admit the allegations contained in paragraphs "7", "8", "9", "10", and "11" of plaintiff's complaint.

## FACTUAL ALLEGATIONS

### The Policy

5. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "12" and "13" of plaintiff's complaint.

6. Deny each and every allegation contained in paragraph "14" of plaintiff's complaint.

### The Underlying Action

7. Admit the allegations contained in paragraphs "15", "17", "18", "19", "20", "21", "22", "23", "24" and "25" of plaintiff's complaint, and affirmatively allege that an amended complaint was served in the underlying action.

8. Deny each and every allegation contained in paragraph "16" of plaintiff's complaint.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "26" of plaintiff's complaint.

### The Related Bankruptcy Proceedings

10. Admit the allegations contained in paragraphs "27, "34", "35", "36" and "37" of plaintiff's complaint.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "28", "29", "30", "31", "32" and "33" of plaintiff's complaint.

### COUNT I

12. Repeat, reiterate and reallege each and every denial to each and every allegation contained in paragraphs "1" through "37" of the amended complaint, and incorporated by reference in paragraph "38" of plaintiff's complaint.

13. Deny each and every allegation contained in paragraphs "39", "40", "41", "42", "43", "44", "45" and "46" of plaintiff's complaint.

## COUNT II

14. Repeat, reiterate and reallege each and every denial to each and every allegation contained in paragraphs "1" through "46" of the amended complaint, and incorporated by reference in paragraph "47" of plaintiff's complaint.

15. Deny each and every allegation contained in paragraphs "48", "49", "50", "51", "52" and "53" of plaintiff's complaint.

## FIRST AFFIRMATIVE DEFENSE

Upon information and belief, plaintiff had a duty to notify the plaintiffs in the underlying action of an alleged reservation of rights, or possibility of coverage denial. No such notice was ever provided and plaintiff is precluded from denying coverage at this time.

**WHEREFORE**, defendants Antonia Warmers Caston, Daniel Sturrup and Albert Sturrup, demand judgment dismissing the complaint of the plaintiff herein, plus the costs and disbursements of this action, and for such other and further relief as the Court deems just and proper.

Dated: Poughkeepsie, New York
August 26, 2008

Yours, etc.,

**CORBALLY, GARTLAND AND RAPPLEYEA, LLP**

BY: _____
Allan B. Rappleyea (AR 0322)
Attorneys for Defendants Antonia Warmers Caston,
Daniel Sturrup and Albert Sturrup
35 Market Street
Poughkeepsie, New York 12601
phone: (845) 454-1110
fax: (845) 471-4593

To:  Matthew J. Koster, Esq. (MK 3080)
Gordon & Rees, LLP
90 Broad Street, 23rd Floor
New York, NY 10004
phone: (212) 269-5500
fax: (212) 269-5505

Steinberg & Cavaliere, LLP (NS 7472)
50 Main Street
White Plains, NY 10606
phone: (914) 761-4200
fax (914) 761-4256

4

CORBALLY, GARTLAND AND RAPPLEYEA, LLP • *ATTORNEYS AND COUNSELORS AT LAW*
35 MARKET STREET • POUGHKEEPSIE, NEW YORK 12601 • (845) 454-1110

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss:
COUNTY OF DUTCHESS  )

    I, **Anne Marie Tytlar**, being duly sworn deposes and says: I am not a party to this action, I am over 18 years of age and reside in Fishkill, New York.

    On August 26, 2008, I served a true copy of an Answer on Behalf of Defendants Antonia Warmers Caston, Daniel Sturrup and Albert Sturrup by mailing the same in a sealed envelope with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Matthew J. Koster, Esq.
Gordon & Rees, LLP
90 Broad Street, 23rd Floor
New York, NY 10004

Steinberg & Cavaliere, LLP
50 Main Street
White Plains, NY 10606

_____
**Anne Marie Tytlar**

Sworn to before me this
26th day of August, 2008

_____
Notary Public

WILLIAM FRAME
Notary Public, State of New York
Reg. No. 02FR6129522
Qualified in Dutchess County
Commission Expires July 5, 2009