**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

WESTPORT INSURANCE CORP.,         )   Case No. 08-CV-6057 WCC
                                  )   (ECF)
                      Plaintiff,  )
                                  )   **STIPULATION AND ORDER TO**
        -v-                       )   **EXTEND TIME TO ANSWER**
                                  )
COHEN, ESTIS & ASSOCIATES, LLP;   )
RONALD J. COHEN; ANTONIA WARMERS  )
CASTON; DANIEL STURRUP and        )
ALBERT STURRUP,                   )
                                  )
                      Defendants. )

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned that Defendants Antonia Warmers Caston, Daniel Sturrup and Albert Sturrup's time to answer Plaintiff's Amended Complaint is hereby extended to August 29, 2008.

Dated: Poughkeepsie, New York
       August 1, 2008

**Corbally, Gartland and Rappleyea, LLP**          **Gordon & Rees LLP**

By: _M. Walker_                                    By: _[signature]_
Margaret M. Walker (MW7865)                        Matthew J. Koster (MK 3080)
Attorneys for Defendants                           Attorneys for Plaintiff
Antonia Warmers Caston,                            90 Broad Street, 23rd Floor
Daniel Sturrup and Albert Sturrup                  New York, NY 10004
35 Market Street                                   212-269-5500
Poughkeepsie, NY 12601
845-454-1110

SO ORDERED:

_William C. Conner_
Sr. U.S.D.J.

DATED: White Plains, NY
       Sept. 3, 2008

COPIES E-MAILED TO COUNSEL OF RECORD